**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2066

DAVID P. FARLEY,

Plaintiff - Appellant,

versus

GLENN ROSE; WAYNE JARNISON; BETTY KIEFIN; JIM
JOHNSON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-00-552-5-BR)

Submitted: January 16, 2001      Decided: January 26, 2001

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David P. Farley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David P. Farley appeals the district court's order dismissing his suit under 28 U.S.C.A. § 1915(e)(2) (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Farley v. Rose, No. CA-00-552-5-BR (E.D.N.C. Aug. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2